**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISON**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 03 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Petitioner-Plaintiff*

v.

THE HONORABLE JOE BIDEN, et al.

*Respondents-Defendants*

No. 1:22-cv-02957-MLB

Dated: October 3, 2022

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.

KEVIN P. WEIMER, Clerk
By: _s/ T. Frazier_____
Deputy Clerk
Date: _10/3/2022_____

### PLAINTIFF-PETITIONER'S, RAJ K. PATEL'S (PRO SE)
### MOTION TO WITHDRAW COMPLAINT AND DISMISS WITHOUT PREJUDICE

I, T.E. T.E. Raj K. Patel (pro se), respectfully move this United States District Court for the Northern District of Georgia to withdraw my complaint immediately, because of a restrictive filing need under 28 U.S.C. § 1500.

Earlier today, the United States Supreme Court recently granted *IFP* and denied my petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit. *Patel v. United States*, No. 22-5280 (U.S. Oct. 3, 2022). Therefore, I need re-start my litigation in the United States Court of Federal Claims. *Patel v. United States*, No. 1:21-cv-2004-LAS (C.F.C. Nov. 5, 2021), *rev'd in part & aff'd in part*, No. 22-1131 (Fed. Cir. Feb. 11, 2022), *rehr'g denied* (May 19, 2022), *cert. denied*, No. 22-5280 (U.S. Oct. 3, 2022).

Additionally, this United States District Court for the Northern District of Georgia denied IFP and ordered me to pay filing fees within fourteen (14) days, which I am unable to reasonably due, even without the previous need to re-file. Dkt. 2.

Therefore, I respectfully move this Court to withdraw my complaint and dismiss without prejudice.

Respectfully submitted,

T.E., T.E. Raj K. Patel
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

*Pro se*


J.D. Candidate, Notre Dame L. Sch.
President/Student Body President, Student Gov't
    Ass'n of Emory U., Inc. 2013-2014
Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch. Student
    Gov't 2009-2010
Rep. from the Notre Dame L. Sch. Student B. Ass'n to
    the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-
    High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats
    2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans
    of Emory U., Inc. 2011-2012

**CERTIFICATE OF SERVICE**

I, Raj K. Patel, certify that I filed the preceding Mot. to Withdraw, and I certify that I provided notice of filing to all parties of record listed below:

The Honorable Joe Biden (whitehouse.gov)
President of the United States
1600 Pennsylvania Ave. N.W.
Washington, D.C. 20500

The Honorable Merrick Garland (e-mail)
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Merrick.Garland@usdoj.gov

The Honorable Xavier Becerra (e-mail)
Secretary of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201
Michelle.Street@hhs.gov
media@hhs.gov
HHS_FOIA_Public_Liaison@hhs.gov

Christopher Wray (online form)
Director of the Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, D.C. 20530

The Honorable Alejandro Mayorkas (e-mail)
c/o Kimberly O'Connor, Office of the Executive Secretary United States Secretary of
    Homeland Security
2707 Martin Luther King Jr. Ave. SE
Mail Stop 0525
Washington, D.C. 20528
CRCLOutreach@dhs.gov
crcl@dhs.gov
oec@hq.dhs.gov

Ryan K. Buchanan (e-mail)
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
ryan.buchanan@usdoj.gov
usagan.webmaster@usdoj.gov
jessica.morris3@usdoj.gov
Danielle.Whylly@usdoj.gov

Marina M. Kozmycz, Associate Gen. Counsel (e-mail)

The EOP at the White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500
Phone: 202-457-1414
Marina.M.Kozmycz@oa.eop.gov

Attn'y Gen. Merrick Garland (e-mail)
U.S. Dep't of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Merrick.Garland@usdoj.gov

Robert Ralph Kiepura (e-mail)
U.S. Dep't of Justice - Civil Div. (G)
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
(202) 305-4436
Fax: (202) 353-0461
robert.kiepura@usdoj.gov

Dated: October 3, 2022

Respectfully submitted,

T.E.; T.E. Raj K. Patel
Raj K. Patel (*Pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live